DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12-cv-66-RJC

| CHARLES EDWARD HUMPHRIES, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JIMMY ASHE, Sheriff, Jackson County, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court following Plaintiff's Reply, (Doc. No. 14), to a Response, (Doc. No. 13), filed by the Jackson County Detention Center. Within ten (10) days of entry of this Order, Jackson County Detention Center shall file a memorandum addressing the contentions filed in Plaintiff's Reply to Response, specifically addressing whether the jail had a grievance procedure in place as of September 2, 2009. The Court further observes that had the jail responded sufficiently to this Court's order dated May 16, 2014, requiring the jail to "submit a statement to this Court as to whether the center has a grievance procedure that was available to pre-trial detainees as of 9/2/2009," this additional Order would have been unnecessary. See (Doc. No. 11).

**IT IS SO ORDERED**.

Signed: July 28, 2014

Robert J. Conrad, Jr.
United States District Judge

-1-