# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Charles Edward Humphries, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:12-CV-66 |
| | ) | |
| vs. | ) | |
| | ) | |
| Jimmy Ashe, Sheriff, | ) | |
| Jackson County, et al., | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 4, 2014 Order.

September 4, 2014

Signed: September 4, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court